## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BERTLES,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE CYCLE GROUP,** | : | **No. 18-4707** |
| Defendant. | : | |

**AND NOW**, this **3rd** day of **March 2020**, upon consideration of The Omni Cycle Inc.'s Amended Motion to Dismiss Third-Party Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2), The Cycle Group's response, and The Omni Cycle's reply, and for the reasons provided in this Court's Memorandum dated March 3, 2020, it is **ORDERED** that:

1. The motion (Document No. 26) is **GRANTED**.

2. The Third-Party Complaint is **DISMISSED**.

**BY THE COURT:**

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**